USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 12/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENTLOR, LTD.,

                Plaintiff,

- against -

LAWRENCE H. SCHOENBACH, ET AL.,

                Defendants.

13-cv-6697 (JGK)

CIVIL SCHEDULING ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at today's conference, the Court granted the motion to reopen limited discovery. Because defense counsel was unable to attend the conference, there is a transcript of the conference. Discovery is reopened for the limited purpose of one deposition to be taken by each side by **January 29, 2016**. A Joint Pre-Trial Order, together with motions in limine, requests to charge, and voir dire, shall be completed by **February 19, 2016**. The parties shall be ready for trial on 48 hours' notice on **March 4, 2016**.

SO ORDERED.
Dated:    New York, New York
             December 14, 2015

                                              John G. Koeltl
                                        United States District Judge